UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NANKESURE PERSAUD,

    Plaintiff,

-vs-                                      CASE NO.: 6:18-CV-00747-GAP-TBS

CAPITAL ONE BANK (USA), N.A.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Nankesure Persaud, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2018 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to all counsel of record by operation of the Court's Electronic Filing System: Megan P. Stephens, Esq., Burr & Forman LLP, 420 North 20th Street, Suite 3400, Birmingham, AL  35203 (mstephens@burr.com).

                                                    ***/s/ Jason R. Derry, Esquire***
                                                    Jason R. Derry, Esquire
                                                    Florida Bar No.: 0036970
                                                    Morgan & Morgan, Tampa, P.A.
                                                    One Tampa City Center
                                                    201 North Franklin Street, 7th Floor
                                                    Tampa, FL 33602
                                                    Telephone: (813) 223-5505
                                                    Facsimile:  (813) 257-0577
                                                    jderry@ForThePeople.com
                                                    jkneeland@ForThePeople.com
                                                    *Attorney for Plaintiff*