UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NANKESURE PERSAUD,

    Plaintiff,

-vs-                                            CASE NO.: 6:18-CV-00747-GAP-TBS

CAPITAL ONE BANK (USA), N.A.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Nankesure Persaud, and the Defendant, Capital One Bank (USA), National Association, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 30th day of November, 2018.

| | |
|---|---|
| */s/ Jason R. Derry, Esquire* | */s/ Megan P. Stephens, Esquire* |
| Jason R. Derry, Esquire | Megan P. Stephens, Esquire |
| Florida Bar No.: 0036970 | Florida Bar No. 92557 |
| Morgan & Morgan, Tampa, P.A. | BURR & FORMAN LLP |
| One Tampa City Center | 420 N. 20th Street, Suite 3400 |
| 201 North Franklin Street, 7th Floor | Birmingham, AL 35203 |
| Tampa, FL 33602 | Telephone: 205-251-3000 |
| Telephone: (813) 223-5505 | Facsimile: 205-714-6893 |
| Facsimile: (813) 257-0577 | Megan.Stephens@burr.com |
| jderry@ForThePeople.com | *Counsel for Defendant* |
| jkneeland@ForThePeople.com | |
| *Attorney for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2018 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to all counsel of record by operation of the Court's Electronic Filing System:  Megan P. Stephens, Esq., Burr & Forman LLP, 420 North 20th Street, Suite 3400, Birmingham, AL  35203 (mstephens@burr.com).

        */s/ Jason R. Derry, Esquire*
        Jason R. Derry, Esquire
        *Attorney for Plaintiff*